# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Donald Pittman

Plaintiff

v.

State of Minnesota

Defendants

Case No. Civil 01-236 PAM/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's application for habeas corpus is dismissed without prejudice. Petitioner's motion for appointment of counsel is denied. Petitioner's application for IFP is denied.

DATE: April 26, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez, Deputy Clerk